UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

GREAT LAKES PROPERTIES　　　　　　　　Case No. 14-30332-dof
OF FENTON, LLC,　　　　　　　　　　　　Chapter 11 Proceeding
　　　　Debtor.　　　　　　　　　　　　　Hon. Daniel S. Opperman
_____/

ORDER GRANTING DEBTOR'S MOTION FOR MEDIATION

For the reasons stated in this Court's contemporaneous Opinion;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Mediation filed by the Debtor, Great Lakes Properties of Fenton, LLC, is granted;

IT IS FURTHER ORDERED that counsel for the Debtor, the Michigan Department of Environmental Quality, and Raad Asmar and Thikra Asmar, must meet and agree on a mediator within fourteen days of this Order. In the event that counsel does not agree on a mediator, the Court will conduct a telephonic status conference on *March 16, 2016 at 2:00 p.m.*.

**Signed on February 25, 2016**

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel S. Opperman
　　　　　　　　　　　　　　　　　　　　**Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

1